AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| United States of America | ) |
|---|---|
| v. | ) |
| | ) Case No. |
| NICHOLES SCOTT NEWMAN | )  3:24-mj- 1335-PDB |
| | ) |
| | ) |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __June 13 - 15, 2024__ in the county of __Nassau__ in the __Middle__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 2252(a)(2) and 2252(b)(1) | Distribution of a visual depiction of a minor engaged in sexually explicit conduct |

This criminal complaint is based on these facts:

See Affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

Ashley Wilson, Special Agent, HSI
Printed name and title

Sworn to before me and signed in my presence.

Date: 8/12/2024

_____
Judge's signature

City and state: Jacksonville, Florida

Patricia D. Barksdale, United States Magistrate Judge
Printed name and title

# AFFIDAVIT

I, Ashley Wilson, being duly sworn, hereby state as follows:

1. I am a Special Agent (SA) with Immigration and Customs Enforcement (ICE), Homeland Security Investigations (HSI), an agency of the United States Department of Homeland Security (DHS) and have been so employed since October 2007. I am currently assigned to the Office of the Assistant Special Agent in Charge Jacksonville, Florida, where I conduct a variety of investigations. Prior to this assignment, I was assigned to the Office of the Deputy Special Agent in Charge Laredo, Texas, for approximately 6 years also as a Special Agent. I have a bachelor's degree in criminal justice. I am a law enforcement officer of the United States and am authorized by law to engage in, or supervise the prevention, detection, investigation or prosecution of violations of federal criminal law. I am responsible for enforcing federal criminal statutes under the jurisdiction of HSI. I participated in a 22-week training program at the Federal Law Enforcement Training Center in Brunswick, Georgia, which included the Criminal Investigator Training Program and ICE Special Agent Training. In my capacity as a Special Agent, I have participated in numerous types of investigations, during which I conducted or participated in physical surveillance, undercover transactions and operations, historical investigations, and other complex investigations.

2. I have investigated and assisted in the investigation of criminal matters involving the sexual exploitation of children, human smuggling and trafficking, and financial violations. As a federal agent, I am authorized to investigate and assist in

the prosecution of violations of laws of the United States, and to execute search warrants and arrest warrants issued by federal and state courts.

3. The statements contained in this affidavit are based on information I obtained from my personal observations as well as from records and information directly provided to me by other law enforcement officers and personnel. This affidavit is being submitted for the limited purpose of establishing probable cause for the filing of a criminal complaint, and I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause that NICHOLES SCOTT NEWMAN committed a violation of 18 U.S.C. §§ 2252(a)(2) and 2252(b)(1), that is, knowing distribution of a visual depiction of a minor engaged in sexually explicit conduct.

4. This affidavit is made in support of a criminal complaint against NICHOLES SCOTT NEWMAN, that is, in Nassau County, on or about June 13, 2024 and June 15, 2024, in the Middle District of Florida, NICHOLES SCOTT NEWMAN knowingly distributed a visual depiction using any means and facility of interstate and foreign commerce, when the production of the visual depiction involved the use of a minor engaging in sexually explicit conduct, and the visual depiction was of such conduct in violation of 18 U.S.C. § 2252(a)(2) and (b)(1).

5. On or about August 5, 2024, Nassau County Sheriff's Office (NCSO) Detective Devin Spivey and I received information from Detective Jerry Serratt with the Montgomery County, Pct. 1 Constable's Office in Texas regarding NICHOLES SCOTT NEWMAN, a registered sex offender currently residing in Hilliard, Florida.

Detective Serratt relayed he recently communicated in an undercover capacity with NEWMAN on the Kik application and identified NEWMAN as the sender of multiple videos of child pornography within a Kik group chat. On or about August 7, 2024, NCSO Detective Spivey and I reviewed all of the information, communications, and files containing child pornography provided by Detective Serratt. Since August 5, 2024, NCSO Detective Spivey and I have had several phone conversations with Detective Serratt about the investigation he conducted on NEWMAN during June 2024.

6. During June 2024, Detective Serratt, acting in an undercover capacity as a 28-year-old female with an 8-year-old daughter, was a member of and monitored a Kik group chat called "DaugFun". While in the group chat, Detective Serratt observed multiple group members actively posting images and videos of child pornography. Subsequently, Detective Serratt began saving the content and collecting it as evidence.

7. During his investigation, Detective Serratt directed his focus on a specific group member using Kik user "starmonger966", who shared multiple videos of child pornography in the group chat during June 2024. Specifically, Kik user "starmonger966" posted a video containing child pornography in the group chat on or about June 13, 2024. I have reviewed the video in its entirety and a description is as follows:

3

FILE NAME: *54997865-c402-4429-9035-48fb17aa757b.mp4*

DESCRIPTION: The color video has sound, is 12 seconds in length, and depicts a prepubescent female child completely nude lying on her back. The female child's head is tilted back, and an adult male's penis is penetrating her mouth for the duration of the video. I believe the video depicts a prepubescent child based upon the female child's lack of breast development, lack of any pubic hair, and the overall size of her body. Based on my training and experience and my review of this video, I believe it depicts at least one prepubescent minor engaged in sexually explicit conduct and therefore constitutes child pornography pursuant to 18 U.S.C. § 2256.

8.     On or about June 15, 2024, Detective Serratt again observed Kik user "starmonger966" share multiple videos of child pornography in the group chat. I have reviewed these videos in their entirety and a description of one of them is as follows:

FILE NAME: *46f99544-5660-46c3-8150-c54ded3b741d.mp4*

DESCRIPTION: The color video has sound, is one minute, 13 seconds in length, and depicts a prepubescent female child lying on her back with her legs spread apart. The female child is completely nude except for a black and silver harness that is strapped around her torso and neck. An adult male penetrates the female child's anus with his penis for the duration of the video. At the end of the video, the adult male ejaculates into the female child's anus and zooms in on the female child's genitals. I believe the video depicts a prepubescent child based upon the female child's lack of breast development, lack of any pubic hair, and the overall size of her body. Based on my training and experience and my review of this video, I believe it depicts at least one prepubescent minor engaged in sexually explicit conduct and therefore constitutes child pornography pursuant to 18 U.S.C. § 2256.

9.     In addition to distributing multiple videos of child pornography in the Kik group chat "DaugFun", Kik user "starmonger966" also made multiple comments after various videos were posted by members of the group indicating his interest by saying, "Be better if it was younger" and "Just needs

4

to be younger." During the group conversation, Kik user "starmonger966" posted, "Paradise would have little girls serving my needs," asked group members if anyone knew of any good Kik search terms "for this kinda stuff," and said he needed "not so adult porn." I have reviewed these comments.

10. Also, during his investigation, Detective Serratt communicated directly with Kik user "starmonger966" via Kik private message. On or about June 2, 2024, Detective Serratt sent a private message to Kik user "starmonger966" stating he was a 28-year-old female from Texas with an 8-year-old daughter. Kik user "starmonger966" responded with "42/M Looking to breed." Detective Serratt asked Kik user "starmonger966" what he was into and Kik user "starmonger966" replied with "Lots" and "Want to breed your daughter." Kik user "starmonger966" also stated in the private conversation "You use her pussy to hard and you might ruin her reproductive use" and "Just don't use long toys." During the private conversation, Kik user "starmonger966" also asked Detective Serratt's undercover persona if she was "fucking her mouth" and insinuated there's "no dick in the house for her to practice on." A screen shot taken by Detective Serratt of the Kik user's account at this time revealed he had been active on Kik for 53 days. I have reviewed these screen shots of the Kik private message conversations.

11. On or about June 13, 2024, Detective Serratt and Kik user "starmonger966" communicated again via Kik private message. During the conversation, Kik user "starmonger966" again stated he was

5

"42/M/USA/Dom" and sent a video of himself to Detective Serratt. The one second video depicts a white male saying, "What's up, Lisa" and is wearing a baseball cap that covers his eyes but exposes his face from the nose down. The video was labeled "Camera," indicating it was likely taken by Kik user "starmonger966" himself using the Kik application. Based on my training and experience with the Kik application, I know a user can use the camera on the cellphone within the Kik application to create and send photographs or videos. When a person takes a photograph or video within the Kik application, the file will display the word "Camera" underneath it.

12. On or about June 17, 2024, Detective Serratt issued a subpoena to Kik requesting subscriber information and IP addresses, among other things, for Kik user "starmonger966." On or about June 20, 2024, Detective Serratt received return information from Kik, and I have reviewed this information in its entirety. According to Kik, Kik user "starmonger966" has an associated email address of starmonger6969@yahoo.com and the account was created on April 24, 2024, using an iPhone. A review of IP addresses revealed Kik user "starmonger966" connected to residential IP address 98.20.177.183 approximately 30 times from May 22, 2024, to June 15, 2024.

13. Using open-source research, Detective Serratt learned residential IP address 98.20.177.183 was owned by Windstream Services. On or about June 20, 2024, Detective Serratt issued a summons to Windstream Services requesting subscriber and account information for residential IP address

6

98.20.177.183 on June 15, 2024, at 22:23:53 UTC, one of the dates in which Kik user "starmonger966" shared multiple videos of child pornography in the Kik group chat. On or about July 31, 2024, Detective Serratt received return information from Windstream Services, and I have reviewed it in its entirety. According to Windstream Services, the subscriber is listed as Nicholes NEWMAN at 48201 Tracer Trail, Hilliard, Florida 32046 with phone number (904) 468-8022. The account start date was August 10, 2023, and the residential IP address 98.20.177.183 was assigned to the residence from March 30, 2024, through June 16, 2024.

14. On or about August 8, 2024, I conducted additional investigation into NEWMAN and learned by reviewing the Florida Department of Law Enforcement Sexual Offender/Predator System website that NEWMAN was arrested during August 2013 in Pinellas, Florida for possession of child pornography and sentenced to six years and four months. Upon his release from imprisonment during March 2019, NEWMAN listed his residential address as 48201 Tracer Trail, Hilliard, Florida 32046.

15. On or about August 9, 2024, NCSO Detective Spivey inquired about specific information NEWMAN has reported to the NCSO as part of his sexual offender registration requirements and relayed the information he received to me. According to NCSO personnel and records, NEWMAN provided (904) 468-8022 as his phone number and reported he is using the following email addresses: NICK_N00@yahoo.com,

STARMONGER6969@gmail.com, STARMONGER@hotmail.com, STARMONGER69@hotmail.com, and STARMONGER69@yahoo.com. I have reviewed this information as well.

16. As part of my investigation, I reviewed NEWMAN's driver license photo in the Florida Driver and Vehicle Information Database (DAVID) and multiple images of him on his Facebook page. I believe the white male depicted in the video sent to Detective Serratt via private message by Kik user "starmonger966" matches the description of NEWMAN. Additionally, according to DAVID, NEWMAN's date of birth is ▮▮▮, making him 42 years old, which is the same age Kik user "starmonger966" stated in the private message conversation with Detective Serratt.

17. On August 12, 2024, I approached NEWMAN for a possible interview at his residence located at 48201 Tracer Trail, Hilliard, Florida 32046. NEWMAN agreed to talk to me and NCSO Detective Spivey in an interview inside my government vehicle, which was parked outside the residence. This interview was audio recorded. I introduced myself to NEWMAN as a Special Agent for HSI and presented my badge and credentials. NCSO Detective Spivey was also introduced.

18. After being advised of his constitutional rights, NEWMAN acknowledged those rights and agreed to speak with us without an attorney present. NEWMAN provided his full name, date of birth, phone number, and email addresses. NEWMAN stated he has lived at the residence with his

8

mother for approximately four to five years. NEWMAN stated the internet at the residence is provided by Windstream and the account is in his name. During the interview, NEWMAN acknowledged Kik user "starmonger966" was his account and he created it several months ago. When NEWMAN was shown the two videos described above, he was familiar with them and acknowledged he sent them in the Kik group chat. NEWMAN admitted to being in multiple Kik group chats where child pornography was shared. NEWMAN explained he receives child pornography files in one Kik group chat and uses the "forwarding icon" to share it in another Kik group chat. NEWMAN stated he returned to viewing child pornography within one year of being released from imprisonment and has shared hundreds of child pornography files in the last six months. NEWMAN admitted to masturbating to child pornography once a week. NEWMAN denied having any child pornography on his electronic devices and provided verbal and written consent for law enforcement officers to search his devices.

19. Based upon the foregoing facts, I have probable cause to believe that on or about June 13, 2024 and June 15, 2024, in Nassau County, in the Middle District of Florida, NICHOLES SCOTT NEWMAN knowingly distributed a visual depiction using any means and facility of interstate and foreign commerce, when the production of the visual depiction involved the use of a minor engaging in sexually

explicit conduct, and the visual depiction was of such conduct in violation of 18 U.S.C. § 2252(a)(2) and (b)(1).

_____
ASHLEY WILSON, Special Agent
Homeland Security Investigations

Subscribed and sworn to before me this  12th  day of August 2024, at Jacksonville, Florida.

_____
PATRICIA D. BARKSDALE
United States Magistrate Judge